IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE APPLICATION OF DISTRIBUIDORA DOMO S.A. DE C.V. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 23-mc-78-MN-JLH |

## JOINT STATUS REPORT

Applicant Distribuidora DOMO S.A. de C.V. ("DOMO") and Respondent Anheuser-Busch InBev Worldwide Inc. ("AB InBev Worldwide"), both by undersigned counsel, submit this Joint Status Report in response to this Court's Order of December 4, 2023 (D.I. 31), which requires the parties to file a joint status report on or before January 4, 2024.

1. In the interest of brevity, the parties do not recite the facts set forth in DOMO's *Ex Parte* Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (D.I. 1) or the Joint Status Reports filed on April 11, 2023 (D.I. 13) (the "April 11 Joint Status Report"), May 1, 2023 (D.I. 15) (the "May 1 Joint Status Report"), July 5, 2023 (the "July 5 Joint Status Report") (D.I. 17), July 31, 2023 (the "July 31 Joint Status Report") (D.I. 19), August 14, 2023 (the "August 14 Joint Status Report") (D.I. 22), September 19, 2023 (the "September 19 Joint Status Report") (D.I. 24), October 19, 2023 (the "October

19 Joint Status Report") (D.I. 26), November 9, 2023 (the "November 9 Joint Status Report") (D.I. 28), and November 30, 2023 (the "November 30 Joint Status Report") (D.I. 30), but instead refer the Court to those documents for the contents thereof.

2. Since filing the November 30 Joint Status Report, the parties have continued to meet and confer in accordance with the Court's February 16, 2023 Order (D.I. 7) (the "February 16 Order").

3. The parties believe they are nearing the end of the meet and confer process but require an additional extension. Accordingly, the parties request that the Court order that another Joint Status Report be filed on or before January 11, 2024, at which point the parties expect that they will have determined whether to proceed in accordance with the procedures set forth in paragraph 2 or 3 of the February 16 Order.

| | |
|---|---|
| STEVENS & LEE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/Melissa N. Donimirski*<br>Melissa N. Donimirski (# 4701)<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 654-5180<br>Melissa.donimirski@stevenslee.com | */s/ Alexandra M. Cumings*<br>Alexandra M. Cumings (#6146)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>acumings@morrisnichols.com |
| OF COUNSEL: | OF COUNSEL: |
| LEWIS BAACH KAUFMANN MIDDLEMISS PLLC<br>Cristián Francos<br>Chiara Spector-Naranjo<br>1050 K Street, NW<br>Suite 400<br>Washington, DC 20001<br>(202) 833-8900<br>cristian.francos@lbkmlaw.com<br>chiara.spector@lbkmlaw.com | DOWD BENNETT LLP<br>James F. Bennett<br>Adam J. Simon<br>7676 Forsyth Blvd.<br>Suite 1900<br>St. Louis, Missouri 63105<br>jbennett@dowdbennett.com<br>asimon@dowdbennett.com |
| *Attorneys for Applicant Distribuidora DOMO S.A. de C.V.* | *Attorneys for Respondent Anheuser-Busch InBev Worldwide Inc.* |

January 4, 2024